STATE OF NEW JERSEY v. FRANK ROMANO.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SHERLOCK.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SHERLOCK.

June 9, 1987.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. GEORGE FREY.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGETTE LYONS.

June 9, 1987.

Petition for certification denied.